IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **Jenny Carmody,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-3455-CV-S-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Award Of Attorney's Fees Pursuant To The Equal Access to Justice Act,* filed December 28, 2015 [Doc. 19]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Award Of Attorney's Fees Pursuant To The Equal Access to Justice Act,* filed December 28, 2015 [Doc. 19] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $5,868.75.

                                                                   */s/ John T. Maughmer*
                                                                  **John T. Maughmer**
                                                        **United States Magistrate Judge**